AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Priority Mail Express parcel addressed to Erica Diamond, 12440 Sombra Grande Dr., El Paso, TX 79938 bearing tracking number EJ 038 729 006 US | ) ) ) ) ) ) Case No. 2:19mj323-SMD |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
One Priority Mail Express parcel addressed to Erica Diamond, 12440 Sombra Grande Dr., El Paso, TX 79938 bearing tracking number EJ 038 729 006 US

located in the _____Middle_____ District of _____Alabama_____ , there is now concealed *(identify the person or describe the property to be seized)*:
controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 | 841(a)(1) and 843(b) |

The application is based on these facts:
See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*J. D. T.*
Applicant's signature

J. D. Tynan, Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/09/19

*[signature]*
Judge's signature

City and state: Montgomery, AL

Stephen M. Doyle, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT A
## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1. I, James D. Tynan, have been a United States Postal Inspector for 17 years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, Alabama. I investigate incidents where the United States Mail is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. During my career, I have attended USPIS narcotics training classes and participated in local and national drug interdictions where I have become familiar with the smell of marijuana. I have also executed, and helped to execute, well over 100 search warrants on other drug parcels where various illegal drugs have been recovered and documented. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees. This affidavit only contains information necessary to support probable cause for a search warrant and is not intended to include every fact observed by your affiant or known to the government.

2. Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances, and proceeds from controlled substances. In your affiant's training and experience, some areas of the country are known to be major sources for illegal drugs (drug source locations) being mailed into the state of Alabama. These drug source locations include the states of California, Arizona, Texas, Colorado, Oregon, and Washington. In your affiant's training and experience, drugs flow from these drug source locations to places like Montgomery, Alabama. In turn, proceeds from the sales of these illegal drugs in places like Montgomery, Alabama are sent back to the drug source locations as payments for the illegal drugs. I have participated in numerous cases involving the mailing of controlled substances from these drug source locations to Montgomery, Alabama and other areas. I have also been involved in numerous investigations where drug proceeds packages were seized enroute to these drug source locations in the U.S. Mail. My training and previous experience has made me familiar with the method and manner that drug traffickers use to move illegal drugs and drug proceeds through the U.S. Mail.

3. Along with narcotics originating from source states, U.S. Postal Inspection Service cases have shown that items such as steroids and the substances used to manufacture steroids frequently originate overseas and are mailed or shipped into the U.S. I, along with other agents whom I have worked with, have personally

seen items used to manufacture steroids as well as other synthetic drugs, and medications mailed or shipped into the U.S. from countries such as Canada, China, India, the Netherlands, and Thailand. Steroids and other synthetic drugs are not the only items being mailed into the United States. Postal Inspection Service cases have showed items such as fentanyl, "Molly", ecstasy and Xanax pills mailed or shipped into the U.S. from Canada as well.

4. Your affiant is aware that the distribution of illegal drugs and narcotics, and proceeds from the sales of these illegal drugs and narcotics through the U.S. mails, can make U.S. Postal Service employees and facilities targets of crimes during the unknowing delivery of drug or proceeds packages. Your affiant is also familiar with cases where U.S. Postal Service employees have been targeted for robbery because of packages known to contain illegal drugs and/or proceeds from the distribution of illegal drugs.

5. On October 9, 2019, I was examining Express Mail at the Montgomery P&DC and located a package which emitted the odor of marijuana. The package, which was mailed from the Self Service Kiosk at the Montgomery P&DC on October 9, 2019, is described below:

| | |
|---|---|
| Tracking Number: | EJ 038 729 006 US |
| Color: | White |
| From: | N/A<br>1775 Solamere Ct.<br>Auburn, AL 36832 |
| To: | Erica Diamond<br>12440 Sombra Grande Dr.<br>El Paso, TX 79938 |
| Postage: | $62.45 |
| Weight: | Approx. 4 lbs. 3.1 oz. |

6. On October 9, 2019, I conducted a computerized address check via CLEAR (internet based records search databases) and the addressee's name of Erica Diamond matched. However, the return address as written on the package did not list a sender's name, an address from Auburn but was placed in the mail in Montgomery through a means where one does not have to interact with a postal employee. Based on my

2

training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address information or address packages to vacant residences, as well as a send packages with a waiver of signature request, in an attempt to disassociate themselves from the controlled substances. Also, it is common for drug parcels to be from the same surname addressed to the same surname.

7. On October 9, 2019, trained narcotics dog handler Lt. Michael McBride, Alabama Department of Corrections, and his narcotics detector dog "Half" conducted an exterior inspection of Priority Express Mail package bearing label EJ 038 729 006 US. The dog alerted, indicating the package contained the scent of controlled substances.

8. "Half" is a male German Shepherd dog approximately 14 months old, and has been working as a K9 narcotics detector dog since September 2019. "Half" participates in minimum of 16 hours of in-service training per month, as well as routine usage. Per his handler, Lt. Michael McBride, "Half" was certified through the Alabama Department of Corrections I &I K-9 Bureau. "Half" is certified to detect cocaine, marijuana, heroin, methamphetamine, crack and MDMA.

Lt. McBride has been a canine narcotics handler with Alabama Department of Corrections for approximately 2 months but has served as a canine tracking handler for about 8 years. Lt. McBride has worked with "Half" for approximately 2 months. Lt. McBride has confirmed the K-9's credibility and reliability.

"Half" has successfully alerted hundreds of times during training and multiple real life situations. "Half" is available 7 days a week to conduct drug sniffs for Alabama Department of Corrections and other outside agencies.

9.  The Priority Express Mail package bearing label EJ 038 729 006 US has been maintained unopened in the custody of the Postal Service in this District pending application for a search warrant.

J. D. Tynan
Postal Inspector

Sworn to and subscribed before me this
9th day of October 2019, at
Montgomery, Alabama

Stephen M. Doyle
United States Magistrate Judge